UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHERELYNN LEHMAN, | ) | Case No.: 1:18 CV 2601 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CALLS AFTER HOURS, LLC, | ) | |
| | ) | |
| Defendant | ) | ORDER OF DISMISSAL |

On May 27, 2020,  this court entered  an Order to Show Cause (ECF No. 13) to Plaintiff in writing requiring  her to show cause within ten days of the entering of the Order why her case should not be dismissed for failure to prosecute.  As of this date, June 15, 2020 no response has been filed on behalf of Plaintiff.  Accordingly, the court hereby enters an Order dismissing Plaintiff's action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The basis for the Order is for all of the reasons set forth in the previously-entered Order to Show Cause.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

June 16, 2020